UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MULTIMEDIA CONTENT MANAGEMENT LLC | § § § | |
| | § | NO:  WA:18-CV-00207-ADA |
| vs. | § § | |
| DISH NETWORK CORPORATION | § | |

### ORDER SETTING TELEPHONIC HEARING

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on April 10, 2019 at 02:00 PM . Please call (866) 434-5269 with access code 9678090 and participant security code 1111 to be included in the hearing.

**SIGNED** on **9th day of April, 2019**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE