# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| MULTIMEDIA CONTENT MANAGEMENT LLC, <br> Plaintiff <br><br> v. <br><br> DISH NETWORK L.L.C., <br> Defendant. | § § § § § § § § § | Civil Action No.: 6:18-cv-00207-ADA <br><br> JURY TRIAL DEMANDED <br><br> PATENT CASE |

## PROPOSED ORDER GRANTING PLAINTIFF MULTIMEDIA CONTENT MANAGEMENT LLC AND DEFENDANT DISH NETWORK L.L.C.'S JOINT STIPULATION TO STAY THE CASE

Before the Court is Plaintiff and Defendant's Stipulation to Stay the Case. After consideration of the Stipulation, the Court hereby GRANTS the Stipulation.

IT IS HEREBY ORDERED THAT

This case is stayed and all upcoming deadlines are vacated with the exception of the activities proposed in the joint stipulation.

**SIGNED** this  6th   day of January, 2020.

_____
The Honorable Alan D. Albright
United States District Judge

1