UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MULTIMEDIA CONTENT MANAGEMENT LLC,<br>　　　　Plaintiff,<br><br>v.<br><br>DISH NETWORK L.L.C.,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.: 6:18-CV-00207ADA<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff's and Defendant's Stipulation of Dismissal with Prejudice. After consideration of the Stipulation, the Court hereby GRANTS the Stipulation.

IT IS HEREBY ORDERED THAT

This case is dismissed with prejudice with each party to bear its own attorneys' fees and costs.

**SIGNED** this __26th__ day of March, 2020.

_____
The Honorable Alan D. Albright
United States District Judge